## UNITED STATES DISTRICT COURT
## FOR THE DISTRICT OF COLUMBIA

| | |
|---|---|
| **ISAAC BONILLA,**<br><br>**Plaintiff,**<br><br>v.<br><br>**POWER DESIGN INC, et al.,**<br><br>**Defendants.** | Civil Action No. 16-642 (JDB) |

### ORDER

Pending before the Court is [17] the parties' joint motion for settlement. Although "no binding caselaw in this Circuit requires a district court to assess proposed FLSA settlements ex ante[,] . . . since the parties in this matter have mutually sought judicial approval of their proposed settlement, the Court will review the settlement's FLSA related terms." Carrillo v. Dandan Inc., 51 F. Supp. 3d 124, 131 (D.D.C. 2014). Having reviewed the totality of the circumstances, the Court finds that the settlement is fair and reasonable. See id. at 133. Hence, upon consideration of the settlement agreement, the applicable law, and the entire record herein, it is hereby

**ORDERED** that [17] the parties' joint motion for settlement is **GRANTED**; and it is further

**ORDERED** that this action is **DISMISSED with prejudice**.

**SO ORDERED**.

/s/
JOHN D. BATES
United States District Judge

Dated: September 30, 2016